

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-18-00075-CR

---

AARON MICHAEL FRANKS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the County Court
Deaf Smith County, Texas
Trial Court No. 2017-0010, Honorable D.J. Wagner, Presiding

---

August 17, 2018

## ORDER

### Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Pending before this court is appellant Aaron Michael Franks' *Motion for Reinstatement.* We dismissed this appeal for want of prosecution on July 31, 2018, because appellant failed to pay for the appellate record after the trial court found he was not entitled to proceed without payment of costs. *See* TEX. R. APP. P. 37.3(b). Appellant has now paid for the clerk's and reporter's records and seeks to reinstate the appeal. Accordingly, we grant appellant's motion, vacate the dismissal, and restore the appeal to the court's docket.

Per Curiam

Do not publish.